REVISED MAY 8, 2008

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

**United States Court of Appeals**
**Fifth Circuit**

**F I L E D**

April 25, 2008

No. 07-51335
Summary Calendar

**Charles R. Fulbruge III**
**Clerk**

REBECA PEREZ

Plaintiff-Appellant

v.

POLICE CHIEF VICTOR ARAIZA; LORENZO GARCIA, El Paso
Independent School District Superintendent;  ANTHONY SAFI;
EL PASO INDEPENDENT SCHOOL DISTRICT BOARD OF TRUSTEES

Defendants-Appellees

Appeal from the United States District Court
for the Western District of Texas
USDC No. 3:07-CV-00217

Before JOLLY, DENNIS, and PRADO, Circuit Judges.

PER CURIAM:[*]

Rebeca Perez, pro se, is seeking a subpoena to obtain a police report under

the Texas Public Information Act that was withheld from her pursuant to Texas

Government Code section 552.108(a)(2).  We have reviewed the briefs and the

applicable law.  Perez presents no valid argument as to how a federal court has

subject matter jurisdiction over her claim. She does not allege diversity

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

jurisdiction, nor does she allege her action arises under any applicable federal law as a basis for federal question jurisdiction. See, e.g., Kokkonen v. Guardian Life Ins. Co. of Am., 511 U.S. 375, 377 (1994). Perez is challenging the Texas Attorney General's application of Texas state law, which, as currently alleged, is a pure state law claim. We therefore agree with the district court's conclusion that we have no subject-matter jurisdiction over this case. The summary judgment is AFFIRMED for the reasons given by the district court in its opinion.